# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161107(133)

NEW PRODUCTS CORPORATION,
     Plaintiff/Counterdefendant-
     Appellant,

v

HARBOR SHORES BHBT LAND
DEVELOPMENT, LLC,
     Defendant/Counterplaintiff/
     Third-Party Plaintiff-Appellee,

and

HARBOR SHORES GOLF COURSE, LLC,
     Defendant/Counterplaintiff-
     Appellee,

and

WHIRLPOOL CORPORATION, CORNERSTONE
COMMUNITY ASSET FUND, INC., CITY OF
BENTON HARBOR, BENTON CHARTER
TOWNSHIP, and HORIZON BANK,
     Defendants-Appellees,

and

MICHIGAN MAGNET FUND E, LLC,
HORIZON BANCORP, and PNC BANK,
     Defendants,

and

LARRY ALLEN HEALD and HEIDI HEALD,
     Third-Party Defendants.
_____/

SC: 161107
COA: 344211
Berrien CC: 11-000280-CH

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its replies is GRANTED. The replies will accepted as timely filed if submitted on or before July 29, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2020



Clerk